WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-649—Claimant

MEISTER BROTHERS, INC., Claimant, *vs.* STATE OF ILLINOIS, CAPITAL DEVELOPMENT BOARD, Respondent.

*Opinion filed May 15, 1974.*

MEISTER BROTHERS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-652—Claimant

CITIES SERVICE OIL COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed May 15, 1974.*

CITIES SERVICE OIL COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.